# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 3 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

MARK WADE RICHARDS,          )
                              )          Civil Action No. 7:05-CV-00239
    Petitioner,          )
                              )
v.                            )          **FINAL ORDER**
                              )
                              )
GENE M. JOHNSON, DIRECTOR OF )
VIRGINIA DEPARTMENT OF        )
CORRECTIONS                   )          **By: Samuel G. Wilson**
    Respondent.          )          **United States District Judge**

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**. This action is stricken from the active docket of the court.

Richards is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

**ENTER**: This _2/5/_ day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE